# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>Simiko Smith<br><br>v.<br><br>City of Chicago, et al. | Case Number:<br>FILED: MAY 16, 2008<br>08CV2868   JH<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print)<br>Edward M. Fox |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Edward M. Fox |
| FIRM<br>Ed Fox & Associates |
| STREET ADDRESS<br>300 W. Adams Street, Suite 330 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER(SEE ITEM 3 IN INSTRUCTIONS)<br>6205330 | TELEPHONE NUMBER<br>(312) 345-8877 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X    NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES      NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES X    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X  NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |