IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SIMIKO SMITH** | ) | |
| | ) | Case No. 08 C 2868 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE PALLMEYER |
| | ) | |
| CITY OF CHICAGO, Chicago Police Detectives Patrick Golden, Star No. 20222, K.M.. Gary, Star No. 20044, and Chicago Police Officers K.J. Bor, Star No. 20533, D.W. Hill, Star No. 21426, and R. Phillips, Star No. 19733, | ) | |
| | ) | |
| Defendants, | ) | |

## REPORT OF PARTIES PLANNING MEETING

1.   Meeting.  Pursuant to Fed. R. Civ.P. 26(f) Garrett Browne, for plaintiff, and Christopher A. Wallace, for all defendants, propose the following:

2.   Pretrial Schedule.  The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed regarding the alleged unconstitutional search of plaintiff's home, unconstitutional arrest, unconstitutional use of excessive force, and malicious prosecution of plaintiff, and any damages plaintiff claims to have sustained as a result of the alleged violation of her rights.

   b. Disclosure pursuant to Fed.R.Civ.P. 26(a)(1) are to be made by **August 15, 2008**.  All discovery to be commenced in time to be completed by **December 19, 2008**.

   c. Plaintiff estimates that she will need to take approximately 8 depositions.

   Defendants estimate they will need to take approximately 5 depositions.

   d. Plaintiffs do not intend to retain any expert witnesses.

   Defendants' reports from retained expert witnesses shall be served on plaintiffs by **January 16, 2009**.

   e. Parties should be allowed until **September 15, 2008** to join additional parties and to amend the pleadings.

   f. All potentially dispositive motions should be filed by **January 16, 2009**.

1

    g.  Final Pretrial Order:  Plaintiffs to prepare proposed draft by **March 2, 2009**.  Parties to file joint final pretrial order by **March 16, 2009**.

    h.  The case should be ready for trial by **April 6, 2009**, and at this time is expected to take approximately 3-4 days.

3.  The parties have not discussed the possibility of settling this case.

4.  The parties do consent unanimously to proceed before a Magistrate Judge.

| /s/ Garrett Browne | /s/Christopher A. Wallace |
|---|---|
| Attorney for Plaintiffs | Attorney for Defendants |
| ED FOX & ASSOCIATES | Asst. Corp. Counsel |
| 300 West Adams | Suite 1400 |
| Suite 330 | 30 N. LaSalle St. |
| Chicago, Illinois 60606 | Chicago, IL. 60606 |
| (312) 345-8877 | (312) 742-6408 |