**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SIMIKO SMITH** | ) | |
| | ) | Case No. 08 C 2868 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | JUDGE PALLMEYER |
| | ) | |
| CITY OF CHICAGO,  Chicago Police Detectives | ) | |
| Patrick Golden, Star No. 20222, K.M.. Gary, | ) | |
| Star No. 20044, and Chicago Police Officers | ) | |
| K.J. Bor, Star No. 20533, D.W. Hill, Star No. 21426, | ) | |
| and R. Phillips, Star No. 19733, | ) | |
| | ) | |
| Defendants, | ) | |

**NOTICE OF FILING**

TO**:**   Christopher A. Wallace, Suite 1400, 30 N. LaSalle St. Chicago, IL. 60606


        **PLEASE TAKE NOTICE** that on July 25, 2008, the undersigned electronically filed with the Clerk of this Court, the REPORT OF PARTIES PLANNING MEETING,  service of which is being made upon you.


                            S/Garrett Browne
                            Garrett Browne


**CERTIFICATE OF SERVICE**

        I hereby certify that on July 25, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                            **/s/Garrett Browne**
                            Garrett Browne
                            ED FOX & ASSOCIATES
                            300 West Adams, Suite 330
                            Chicago, IL 60606
                            (312) 345-8877
                            gbrowne@efox-law.com