UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIMIKO SMITH ) | |
| ) | No. 08 C 2868 |
| Plaintiff, ) | |
| ) | Judge Pallmeyer |
| vs. ) | |
| ) | Magistrate Judge |
| CITY OF CHICAGO, Chicago Police Detectives ) | |
| Patrick Golden, Star No. 20222, K.M. Gary, ) | Jury Demand |
| Star No. 20044, and Chicago Police Officers K.J. ) | |
| Bor, Star No. 20533, D.W. Hill, Star No. 21426, ) | |
| and R. Phillips, Star No. 19733, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' JOINT AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Individual Defendants Patrick Golden ("Detective Golden"), Kellee Gary ("Detective Gary"), Kevin Bor ("Detective Bor"), Donald Hill ("Detective Hill"), and Rose Ann Phillips ("Officer Phillips"), (the "Individual Defendants"), by and through one of their attorneys, Christopher Allen Wallace, Assistant Corporation Counsel of the City of Chicago, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully move the Court, by agreement, to extend the time for Defendants to answer until September 5, 2008. In support of this motion, Defendants state as follows:

1. Plaintiff filed this complaint on May 16, 2008.

2. In order to properly prepare a responsive pleading, counsel requests additional time to meet with his clients to discuss the allegations in Plaintiff's complaint and to obtain and review relevant documents. The undersigned has not yet been able to coordinate with all Individual Defendants to prepare a proper responsive pleading.

3. Defendants request until September 5, 2008, to answer or otherwise plead to Plaintiff's complaint.

4. This motion is not made for purposes of undue delay but to enable Defendants to prepare an appropriate defense to the allegations contained in the complaint. No prejudice will result to Plaintiff by granting this motion.

5. During a teleconference held on August 15, 2008, Counsel for Plaintiff agreed to the extension of time for Defendants to answer the Complaint.

WHEREFORE, Defendants respectfully request this court extend the time to answer or otherwise plead to Plaintiff's complaint to September 5, 2008.

DATED: August 15, 2008

Respectfully submitted,

/s/ Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Defendants*

Christopher A. Wallace
Assistant Corporation Counsel
City of Chicago Department of Law
30 N. LaSalle St., Ste. 1400
Chicago, IL 60602
ARDC # 6278655

**CERTIFICATE OF SERVICE**

    I, Christopher Wallace, hereby certify that on August 15, 2008, I caused a copy of the foregoing Motion to be served upon counsel for Plaintiff via the Court's ECF filing system.

                                                 /s/ Christopher Wallace
                                                  Christopher Wallace