UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIMIKO SMITH | ) |
| | ) No. 08 C 2868 |
| Plaintiff, | ) |
| | ) Judge Pallmeyer |
| vs. | ) |
| | ) Magistrate Judge |
| CITY OF CHICAGO, Chicago Police Detectives | ) |
| Patrick Golden, Star No. 20222, K.M. Gary, | ) Jury Demand |
| Star No. 20044, and Chicago Police Officers K.J. | ) |
| Bor, Star No. 20533, D.W. Hill, Star No. 21426, | ) |
| and R. Phillips, Star No. 19733, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF AGREED MOTION

To:  Garrett Browne
     Ed Fox & Associates
     300 W. Adams, Ste. 330
     Chicago, Illinois 60606
     *Attorney for Plaintiff*

   **PLEASE TAKE NOTICE** that on Thursday, August 28, 2008 at 8:45 a.m., the undersigned shall appear before the Honorable Judge Rebecca Pallmeyer, Room 2119 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendants' Joint Agreed Motion for Extension of Time To Answer, a copy of which is herewith served upon you.

Dated: August 15, 2008

                                    Respectfully submitted,


                                    /s/ Christopher A. Wallace
                                    Assistant Corporation Counsel
                                    *Attorney for Defendants*

                                    Christopher A. Wallace
                                    ARDC # 6278655

>30 N. LaSalle St.
>Ste. 1400
>Chicago, IL 60602

## CERTIFICATE OF SERVICE

    I, Christopher A. Wallace, hereby certify that on February 26, 2008, I caused a copy of the foregoing Notice of Motion to be served upon all counsel of record by filing the same via the Court's ECF filing system.

>/s/ Christopher A. Wallace
>Christopher A. Wallace