# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2868 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Simiko Smith vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Defendants' joint agreed motion for extension of time to Answer or otherwise plead [12] granted to and including 9/5/2008.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|